NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEEANNA G. MCGINN,**
*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent*

---

2018-1414

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-16-0879-W-1.

---

## JUDGMENT

---

AARON H. SZOT, Kalijarvi, Chuzi, Newman & Fitch, PC, Washington, DC, argued for petitioner. Also represented by GEORGE CHUZI.

ISAAC B. ROSENBERG, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by JOSEPH H. HUNT, ELIZABETH MARIE HOSFORD, ROBERT EDWARD KIRSCHMAN, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* PLAGER and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 6, 2019

Date

/s/ Peter R. Marksteiner

Peter R. Marksteiner

Clerk of Court